# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>NEFI RODRIGUEZ,<br><br>　　　　　Defendant | Case No. 20-cr-03496-AJB<br><br>**ORDER AND JUDGMENT GRANTING MOTION TO DISMISS WITHOUT PREJUDICE** |

IS HEREBY ORDERED that the United States' Motion to Dismiss the charges under the above-referenced case number currently pending against the Defendant, NEFI RODRIGUEZ, be granted.  The dismissal is without prejudice.

**IT IS SO ORDERED.**

Dated: December 4, 2020

　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　　　　United States District Judge